

**FILED**

MAY 1 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Colin Raker DICKEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Steven W. ORNOSKI, Acting Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case Number C 06 1677 JW<br><br>DEATH-PENALTY CASE<br><br>ORDER VACATING<br>ORDER REGARDING REQUEST<br>FOR APPOINTMENT OF COUNSEL<br>AND STAY OF EXECUTION<br><br>[Docket No. 4] |

On March 7, 2006, the Court entered an order granting Petitioner Colin Raker Dickey's request for appointment of counsel and for a stay of the execution of his death sentence.

By letter dated April 25, 2006, attorney James W. Haworth informed the Court that, as Petitioner was convicted in Fresno County, Petitioner's request for appointment of counsel was erroneously filed with this Court and has since been filed in the Eastern District of California.

For good cause shown, the Order Regarding Request for Appointment of Counsel and Stay of Execution is hereby vacated. The Clerk is directed to close the file.

The Clerk shall serve certified copies of this order upon Petitioner; Respondent; the clerk of the Superior Court of California for the County of Fresno; Michael G. Millman, Esq., Executive Director of the California Appellate Project; J. Robert Jibson and Justain Paul Riley,

1  Deputy Attorneys General of the State of California; Dennis Peterson, Senior Deputy District
2  Attorney of the County of Fresno; James Haworth, Esq., appointed counsel for Petitioner before
3  the Supreme Court of California; and Kerry Randall Bensinger, Esq., lead attorney of record for
4  Petitioner before the Eastern District of California.
5      It is so ordered.

7  DATED: May 25, 2007

                                                JAMES WARE
                                                United States District Judge

Case No. C 06 1677 JW
ORDER VACATING ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION

| | |
|---|---|
| 1 | Copies of Order mailed on 5/18/07 to: |
| 2 | Colin Raker Dickey<br>P.O. Box H-28100 |
| 3 | San Quentin, CA 94974 |
| 4 | Robert L. Ayers, Jr.<br>Warden |
| 5 | San Quentin State Prison<br>San Quentin, CA 94974 |
| 6 | |
| 7 | Clerk of the Superior Court<br>County of Fresno, State of California<br>1100 Van Ness Avenue. |
| 8 | Fresno, CA 93724 |
| 9 | Michael G. Millman, Esq.<br>Executive Director |
| 10 | California Appellate Project<br>101 Second Street, Suite 600 |
| 11 | San Francisco, CA 94105 |
| 12 | J. Robert Jibson<br>Deputy Attorney General |
| 13 | P.O. Box 944255<br>Sacramento, CA 94244-2250 |
| 14 | |
| 15 | Justain Paul Riley<br>Deputy Attorney General<br>P.O. Box 944255 |
| 16 | Sacramento, CA 94244-2250 |
| 17 | Dennis Peterson<br>Senior Deputy District Attorney of the County of Fresno |
| 18 | 2220 Tulare St., Suite 1000<br>Fresno, CA 93721 |
| 19 | |
| 20 | James W. Haworth, Esq.<br>877 Bryant St., Suite 300<br>San Francisco, CA 94103 |
| 21 | |
| 22 | Habeas Corpus Resource Center<br>50 Fremont Street, Suite 1800<br>San Francisco, CA 94105 |
| 23 | |
| 24 | Federal Court Docketing<br>California Appellate Project<br>101 Second Street, Suite 600 |
| 25 | San Francisco, CA 94105 |
| 26 | Kerry Randall Bensinger, Esq.<br>Bensinger, Ritt & Tai |
| 27 | 65 N. Raymond Ave., Suite 320<br>Pasadena, CA 91103 |
| 28 | |

3

Case No. C 06 1677 JW
ORDER VACATING ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION